**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (9/97)   Case Number **04–45146–jwv**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT of MISSOURI

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 7 bankruptcy case on 8/25/04 .

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

| Debtor(s) (name(s) and address):<br>Gregory A. Johnson<br>12490 Quivira Rd., Apt. 3113<br>Overland Park, KS 66213 | Casey M. Johnson<br>12490 Quivira Rd., Apt. 3113<br>Overland Park, KS 66213 |
|---|---|
| Case Number:<br>04–45146–jwv | Social Security/Taxpayer ID Nos.:<br>xxx–xx–0845<br>xxx–xx–3022 |
| Attorney for Debtor(s) (name and address):<br>Peter A. Jouras Jr.<br>4330 Shawnee Msn Pkwy., Ste. 205<br>Fairway, KS 66205–2539<br>Telephone number: 913–677–1999 | Bankruptcy Trustee (name and address):<br>Janice E. Stanton<br>104 W. 9th St., Ste. 303<br>Kansas City, MO 64105<br>Telephone number: 816–421–7770 |

### Meeting of Creditors:

Date: **September 21, 2004**   Time: **10:00 AM**

Location: **Room 2110B, 400 East 9th Street, , Kansas City, MO 64106**

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 11/20/04**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Web Address of the Bankruptcy Clerk's Office:**<br>www.mow.uscourts.gov<br><br>Telephone number: (816) 512–1800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Patricia L. Brune |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: 8/26/04 |

The trustee may give notice at the meeting of his intent to abandon property unless objections are filed within 15 days.
Creditors with a security interest in the property must provide evidence of perfection to the trustee prior to this meeting.
If hearing location is Kansas City, please call (816) 512–1800 menu item #6 for information regarding handicapped access to the courthouse.

**EXPLANATIONS** — FORM B9A (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>Important Notice: Effective January 29, 2002, all individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. ***You therefore should not file a proof of claim at this time.*** If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

–– Refer to Other Side for Important Deadlines and Notices ––

**Debtor information needed at meeting of creditors:**

- Most recently filed federal and state tax returns
- W–2 (or W–4) forms
- Deeds to any real estate in which the debtor has any interest
- Savings, checking and investment account statements
- Life insurance policies on debtor's life or lives of debtor's spouse or children
- Pay stubs or other earning statements covering the pay period during which the bankruptcy case was filed
- Records of any amounts withheld under a garnishment or levy at the time the bankruptcy case was filed

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0866-4          User: wheelerv              Page 1 of 1             Date Rcvd: Aug 26, 2004
Case: 04-45146                Form ID: b9a                Total Served: 33

The following entities were served by first class mail on Aug 28, 2004.
 db       +Casey M. Johnson,    12490 Quivira Rd., Apt. 3113,    Overland Park, KS 66213-2457
 db       +Gregory A. Johnson,   12490 Quivira Rd., Apt. 3113,   Overland Park, KS 66213-2457
 aty       Peter A. Jouras, Jr.,    4330 Shawnee Msn Pkwy., Ste. 205,   Fairway, KS  66205-2539
 tr       +Janice E. Stanton,   104 W. 9th St., Ste. 303,    Kansas City, MO 64105-1718
 smg       Missouri Department of Revenue,   General Counsel's Office,    PO Box 475,
             Jefferson City, MO  65105-0475
 ust      +U.S. Trustee's Office,    400 East 9th Street, Rm 3440,    Kansas City, MO 64106-2625
10905424  +Afni Inc.,    404 Brock Drive,    PO Box 3427,    Bloomuth IL 61702-3427
10905426  +Berlin Wheeler,    PO Box 479,    Topeka KS 66601-0479
10905428  +Board of Public Utilities,    540 Minnesota Ave.,    Kansas City KS 66101-2930
10905429  +Calvalry,    PO Box 472087,    Tulsa OK 74147-2087
10905430  +Century Services,    1391 Carr Street, Suite 209,    Lakewood, CO 80214-6118
10905431  +Childrens Mercy Hospital,    PO Box 804438,    KAnsas City MO 64180-0001
10905432  +Childrens Mercy Hospital,    PO box 804455,    Kansas City MO 64180-0001
10905433  +Credit World Services,    6000 Martway,    Shawnee Mission KS 66202-3389
10905435  +Larry Knickerbocker,    9115 Washington,    Kansas City, MO 64114-3562
10905437  +MAST,    4521 Metropolitan,    Kansas City, KS 66106-2551
10905438  +Menorah Medical Center,    PO Box 410782,    Kansas City, MO 64141-0782
10905439  +Mercantile Bank of St Louis,    11501 Blue Ridge Blvd,    Kansas City MO 64134-3700
10905423  +Midest Perinatal Assoc,    PO Box 9201,    Shawnee Mission, KS 66201-1801
10905440  +Overland Park Regional Medical Ctr.,    PO box 219191,    Kansas City, MO 64121-9191
10905441  +PC Made Easy,    PO Box 26597,    Lehigh Valley PA 18002-6597
10905442  +Pioneer Credit Recovery,    PO box 158,    Arcade NY 14009-0158
10905443  +Portfolio Recovery Assoc.,    PO box 12914,    Norfolk VA 23541-0914
10905445   Sprint PCS,    4626 JC Nichols Parkway,    Kansas City MO 64112
10905447  +St Joseph Health Center,    PO box 804465,    Kansas City MO 64180-0001
10905448  +St Lukes South,    12300 Metcalf Ave,    OVerland Park, KS 66213-1324
10905449  +Time Warner Cable,    PO Box 2599,    Omaha, NE 68103-2599
10905450  +Truman Medical Center East,    7900 Lee's Summit Road,    Kansas City MO 64139-1246
10905451  +U.S. Department of Education,    PO Box 7202,    Utica, NY 13504-7202
10905453  +UTD Financial Services,    7322 SW Freeway Suite 1600,    Houston TX 77074-2000
10905452  +Underwood Law Firm,    721 Olive Street, Suite 1400,    St Louis, MO 63101-2230
10905454  +Venture Financial Services,    PO box 16568,    Raytown MO 64133-0568

The following entities were served by electronic transmission on Aug 27, 2004 and receipt of the transmission
was confirmed on:
 tr       +EDI: QJESTANTON.COM Aug 27 2004 01:30:00      Janice E. Stanton,    104 W. 9th St., Ste. 303,
             Kansas City, MO 64105-1718
10905425  +EDI: BANKAMER.COM Aug 27 2004 01:31:00      Bank of America,    PO box 53137,    Phoenix, AZ 85072-3137
                                                                                            TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10905434   Kansas Counselors
10905444   Regents Center at AMLI
 ust*     +U.S. Trustee's Office,    400 East 9th Street, Rm 3440,    Kansas City, MO 64106-2625
 ust*     +U.S. Trustee's Office,    400 East 9th Street, Rm 3440,    Kansas City, MO 64106-2625
10905427* +Berlin Wheeler,    PO box 479,    Topeka KS 66601-0479
10905436* +Larry Knickerbocker,    9115 Washington,    KAnsas City MO 64114-3562
10905446*  Sprint PCS,    4626 JC Nichols Parkway,    Kansas City, MO 64112
                                                                                            TOTALS: 2, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 28, 2004**          **Signature:**   *Joseph Speetjens*